```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED D. RENFRO
    Special Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 1:11-cr-00177-DLB-1
                                 )
12              Plaintiff,       )  MOTION AND ORDER TO DISMISS
                                 )  INFORMATION
13       v.                      )
                                 )
14  BENNY V. RAMOS,              )
                                 )
15              Defendant.       )
    _____)
16
```

17    Pursuant to Federal Rule of Criminal Procedure 48(a),

18 Plaintiff United States of America, by and through its attorneys

19 of record, BENJAMIN B. WAGNER, United States Attorney, and JARED

20 D. RENFRO, Special Assistant United States Attorney, hereby seek

21 leave of court and move to dismiss the information in this case

22 without prejudice, as to the above-named defendant, in the

23 interest of justice.

24 DATED: July 7, 2011              Respectfully submitted,

25                                  BENJAMIN B. WAGNER
                                    United States Attorney
26

27                                  By:  /s/ JARED D. RENFRO
                                    JARED D. RENFRO
28                                  Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the information in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   July 9, 2011**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE